O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8930 AHM (JCx) | Date | January 26, 2010 |
|---|---|---|---|
| Title | BRUNO TOWA v. RANDY HART, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**            IN CHAMBERS (No Proceedings Held)

The Court DENIES Plaintiff's Request to Have the Defendants be Served with the Complaint and Summons by the United States Marshal and Plaintiff's Request to Have the Trial Photographed and Videographed at the Expense of the Plaintiff as lacking all merit.[1]

                                                                           :
                                                        Initials of Preparer            SMO

---

[1] Docket Nos. 5 & 6.